VAN–019 Deficiency Notice – Petitions (BNC) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Marian Dubar
 *( debtor has no known aliases )*
24214 Andrew Jackson Hwy E
Bolton, NC 28423

CASE NO.: 19–05898–5–SWH

DATE FILED: December 26, 2019

CHAPTER: 13

AMENDED
DEFICIENCY NOTICE

 To: Marian Dubar
The above referenced petition has been filed. In order for the case to be administered, it is necessary that
the item(s) described below be filed by *January 9, 2020* .

Declaration Concerning Debtors Schedules, Schedules A – J, Statement of Affairs and Statement of
Current Monthly Income The petition must be signed by the debtor(s),

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the
46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the
case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited
to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Chapter 13 plan must be filed by *January 9, 2020* .

The Summary of Your Assets and Liabilities and Certain Statistical Information must be filed by  *January
9, 2020* .

The Certificate of Completion of pre–petition Credit Counseling Course must be filed by *January 9, 2020* .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be
verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure,
does not apply.

DATED: December 27, 2019

Ahronda Crossman
Deputy Clerk